UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LUIS ANTONIO RAMOS VILLANUEVA,
Petitioner,
v.
CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-4207-CAB-SBC

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

[Doc. No. 1]

A petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 for Petitioner Luis Antonio Ramos Villanueva has been transferred to this Court from the District of Columbia. [Doc. No. 1 ("Petition").] This is Petitioner's fourth habeas petition and the second he has filed outside of the district where he is detained. [Case Nos. 25-cv-3679-CAB-SBC; 26-cv-2797-CAB-VET; 26-cv-2991-CAB-MMP (originally filed in the District of Rhode Island).] As a result of his first petition, Petitioner received an individualized bond hearing but was denied bond. [*See* Case No. 25-cv-3679-CAB-SBC at Doc. No. 8.] He has appealed that bond decision to the Board of Immigration Appeals. Separately, Petitioner was ordered removed to Mexico on August 7, 2025 by an immigration judge. His appeal of that removal order also remains ongoing.

///

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that were not raised in the previously decided petitions. Therefore, the Court **DISMISSES** the Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: July 29, 2026

Hon. Cathy Ann Bencivengo
United States District Judge